AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAR 20 A 9: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One United States Postal Service (USPS) Express Mail package bearing tracking number EI739140572US | ) <br> ) <br> ) Case No. 13-mj-1092-RBC <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, as attached hereto and incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Property that constitutes evidence, fruits, and/or other instrumentalities of violations of 21 U.S.C. 841(a)(1) and 843(b), as set forth in Attachment B, as attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     _____March 31, 2013_____
                                                                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Robert B. Collings_____.
                                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                     ☐ until, the facts justifying, the later specific date of _____

Date and time issued: MAR 1 9 2013
                                    at 4:07 pm                                    _____
                                                                                                          *Judge's signature*

                    HON. ROBERT B. COLLINGS
City and state:   Boston, UNITED STATES MAGISTRATE JUDGE Hon. Robert B. Collings, U.S. Magistrate Judge
                    United States District Court                    *Printed name and title*
                    John Joseph Moakley United States Courthouse
                    1 Courthouse Way, Suite 7420
                    Boston, Massachusetts 02210

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 13-MJ-1092-RBC | Date and time warrant executed: 3-20-13 08:00 AM | Copy of warrant and inventory left with: POSTMASTER BOSTON |
| Inventory made in the presence of: POSTAL INSPECTOR ED PHILLIPS |||
| Inventory of the property taken and name of any person(s) seized: $13,980.00 U.S. CURRENCY INSIDE A LOCKED NYLON BAG WHICH WAS INSIDE A SHOE BOX. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/20/13

_____
Executing officer's signature

S. DOWD, U.S. POSTAL INSPECTOR
Printed name and title


Case 1:13-mj-01092-RBC   Document 4   Filed 03/20/13   Page 3 of 5

1:13-MJ-1092-RBC 3-20-13 6:30 AM POSTMASTER BROWN
POSTAL INSPECTOR ED PHILLIPS

$13,780.00 U.S. CURRENCY INSIDE A ZOOKIES NYLON BAG WHICH WAS INSIDE A SHOE BOX.



S. Gould, U.S. Postal Inspector                      03/20/13

## ATTACHMENT A

(Description of Property to be Searched)

One Express Mail package bearing tracking number EI739140572US. The package is approximately 15 inches long, 12 inches wide and 10 inches deep, weighing six pounds ten ounces. The package is addressed to "Kesy Sithithamhong, 1241 Main Ave., Sacramento, CA 95838" and bears a return address of "Paul Reynolds, 18 Jackson St., Cambridge, MA 02140." The package is currently in the possession of the United States Postal Inspection Service, 495 Summer Street, Suite 600, Boston, MA 02210.

8



## ATTACHMENT B

Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Section 841(a)(1) and 843(b), including narcotics, money, records relating to narcotics and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.

